# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED
JUL 23 2013
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL JUAREZ CUEVAS (5),<br><br>　　　　　　　　　Defendant. | CASE NO. 12CR01243-BEN<br><br>**JUDGMENT OF DISMISSAL** |

　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Indictment:

　　21:841(a)(1) and 846; 21:853(a) and 853(p) - Conspiracy to Manufacture and Distribute Marijuana, Criminal Forfeiture; 21:841(a)(1); 18:2 - Manufacture of Marijuana Plants; Aiding and Abetting

　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JULY 23, 2013

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　David H. Bartick
　　　　　　　　　　　　　　　　　U.S. Magistrate Judge